JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Movant,<br><br>vs.<br><br>S. Brent Farhang,<br><br>　　　　Respondent. | Case No. CV-21-8847-JFW (PVCx)<br><br>**ORDER** |

After review of the Securities and Exchange Commission's Amended Motion for an Order under Section 21(e)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(e)(1), and the entire record herein, it is hereby **ORDERED** that:

1. Respondent S. Brent Farhang ("Farhang") shall comply with the SEC Opinion and Order and pay $50,000 to the Public Company Accounting Oversight Board (PCAOB).

2. Pursuant to the SEC Opinion and Order, Farhang shall pay prejudgment interest: (a) on the $25,000 penalty due on June 21, 2019; and (b) on the $25,000 penalty due on June 21, 2020.  Prejudgment interest shall be calculated from the date the penalty was due until the date of this Order.

3. Farhang shall pay post-judgment interest on all amounts due at the interest rate determined under 28 U.S.C. §1961. Post-judgment interest shall be calculated from the date of this Order.

This Court will maintain jurisdiction over this matter to ensure that the respondent complies with this Order.

Dated: January 26, 2022

_____
Hon. John F. Walter
United States District Judge